```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :         18 CR 521(VM)
          -against-                :            ORDER
                                   :
MICHELLE FOLEY,                    :
                                   :
               Defendant.          :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By Order dated July 24, 2020, the United States Court of Appeals for the Second Circuit has remanded the case to this Court for resentencing. (See Dkt. No. 32.) Accordingly, it is hereby ordered that the parties jointly inform the Court of their proposal for further proceedings within fourteen days of the entry of this Order.

**SO ORDERED:**

Dated:   New York, New York
         27 July 2020

_____
Victor Marrero
U.S.D.J.