

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2023

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

June 8, 2023

*Via ECF*
Hon. Victor Marrero
District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Request GRANTED.** Defendant's conditions of supervised release shall be modified from home incarceration and GPS ankle bracelet monitoring to a curfew on the terms and conditions described below.

**SO ORDERED.**
06/12/2023
DATE    VICTOR MARRERO, U.S.D.J.

Re: United States v. Michelle Foley
   18-cr-521(VM)

Dear Judge Marrero:

    I represent Michelle Foley in the above matter. Ms. Foley has moved to Connecticut and is in a shelter with her four children. Ms. Foley is respectfully requesting to modify the conditions of her supervised release from home incarceration and GPS ankle bracelet monitoring to a curfew. The hours of the curfew would be set at the discretion of her Probation Officer.

    Probation Officer, Micheal Jones, has no objection to this request. AUSA Elinor Tarlow defers to probation. Your Honor's time and consideration is greatly appreciated.

                                               Respectfully submitted,
                                               s/ Lorraine Gauli-Rufo
                                               Lorraine Gauli-Rufo
                                               *Attorney for Michelle Foley*

cc: Elinor Tarlow, AUSA
     Micheal Jones, PO