USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

MICHELLE FOLEY,

                Defendant.

---

**18 Cr. 521 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference currently scheduled for December 1, 2023 at 1:35 PM is hereby rescheduled for the same day at 3 PM.

**SO ORDERED.**

Dated:    24 October 2023
            New York, New York

*Victor Marrero*
U.S.D.J.