

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/1/2024

December 28, 2023

*Via Email*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Request **GRANTED**.
The below-referenced status conference is hereby adjourned to January 19, 2024 at 9:30 AM.

SO ORDERED.
12/29/2024
DATE      VICTOR MARRERO, U.S.D.J.

Re: USA vs. Michelle Foley
18-cr-521

Dear Judge Marrero:

    I represent Ms. Foley on the above captioned matter. Currently, our next status conference is scheduled for January 5, 2024, at 10 AM. A few days ago, I received documentation outlining additional specifications probation has filed against Ms. Foley, supplementing the original Violation of Supervised Release charges that were filed against her earlier this year. Based on conversations with the Government, we anticipate receiving additional documentation from the Government later this evening that would support these new violation charges. We would like an opportunity to thoroughly discuss these with Ms. Foley. As such, we are respectfully requesting a two-week adjournment of this matter. The Government has no objection to this request.

    Your Honor's time and consideration to this request is greatly appreciated.

Respectfully submitted,

s/
Lorraine Gauli-Rufo, Esq.
Attorney for Michelle Foley

cc: Justin Horton, AUSA
    Elinor Tarlow, AUSA