```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

MICHELLE FOLEY,

                Defendant.

**18 Cr. 521 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The proceeding in this matter currently scheduled for 9:30 AM on Friday, January 19, 2024 is hereby adjourned sine die.

The Court is in receipt of what appears to be a letter from the Defendant requesting new counsel. The Court hereby refers to Magistrate Court the issues of (1) whether to appoint new counsel for the Defendant, and (2) any required arraignment on outstanding Violation of Supervised Release specifications alleged by the Probation Department against the Defendant.

**SO ORDERED.**

Dated:    17 January 2024
            New York, New York

                                      _____
                                      Victor Marrero
                                      U.S.D.J.