

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 17, 2024

**BY ECF AND EMAIL**
Hon. Victor Marrero
United States District Judge
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024
```

    **Re:**    *United States v. Michelle Foley*, **18 Cr. 521 (VM)**

Dear Judge Marrero:

    This matter is before the Court on alleged violations of supervised release ("VOSR") in the above-referenced case.

    The defendant was arrested and presented on a single specification before Judge Katharine H. Parker on October 23, 2023. On December 21, 2023, the United States Probation Office filed an amended violation report adding a second specification to the same alleged VOSR. On January 17, 2024, the Court issued an order explaining that it had received a letter from the defendant requesting substitution of counsel. On January 29, 2024, on the Court's referral, the parties appeared before Judge Robert W. Lehrburger for a substitution-of-counsel proceeding at which the defendant, who received the amended violation report through counsel on or around December 21, 2023, was also apprised orally of the additional specification described therein. Substitute counsel were also appointed at this January 29 proceeding and are copied on this letter.

    Judge Lehrburger set a March 1, 2024, control date for the parties to appear before Your Honor for continued proceedings in this matter. The parties have conferred with themselves and with the Court's law clerk and respectfully request that the next proceeding before this Court be set instead for March 15, 2024.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:   /s/  _____
     Justin Horton
     Assistant United States Attorney
     (212) 637-2276

```
Request GRANTED.
The above-referenced status
conference is hereby adjourned to
March 15, 2024 at 9:30 AM.

SO ORDERED.
2/20/2024                  [signature]
DATE              VICTOR MARRERO, U.S.D.J.
```

cc: Counsel of record, Probation