USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/8/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

         - against -

MICHELLE FOLEY,

               Defendant.

---

**18 CR 521 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

     The Court hereby schedules a conference in the above-captioned matter on January 16, 2026, at 11:00 AM.

**SO ORDERED.**

Dated:     8 January 2026
            New York, New York

                                     Victor Marrero
                                     U.S.D.J.