

January 14, 2026

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/15/2026_
```

Re: *United States v. Michelle Foley*, 18 Cr. 521 (VM)

Dear Judge Marrero:

We represent Defendant Michelle Foley and write to respectfully request an adjournment until February 6, 2026 of the next appearance in the above-referenced matter, which is presently scheduled for January 16, 2026 at 11:00 a.m.

Ms. Foley was arrested on January 6, 2026 in connection with two alleged violations of supervised release. She was presented on January 7, 2026 and consented without prejudice to detention. Magistrate Judge Wang set a January 21, 2026 control date for a preliminary hearing on the alleged violations. This Court then set an initial appearance for January 16.

At the next appearance before Your Honor, we expect Ms. Foley to admit the specifications. She would prefer to then proceed immediately to sentencing. Accordingly, we respectfully request that the Court adjourn the January 16 appearance until February 6 for purposes of a plea and sentencing, with Ms. Foley and the government to submit sentencing submissions in advance of that appearance on January 23 and January 30, respectively. Ms. Foley waives any right to a preliminary hearing she may have in the meantime. The government consents to this request.

Respectfully Submitted,

*/s/ Peter Skinner*
Peter Skinner
*Attorney for Defendant Michelle Foley*

cc:     All Attorneys of Record
        (via ECF)



Request **GRANTED.**

The hearing scheduled for January 16, 2026, is hereby adjourned and rescheduled for February 6, 2026, at 1:00 PM.

**SO ORDERED.**

_1/15/2026_
DATE                    VICTOR MARRERO, U.S.D.J.