USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/4/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      - against -

MICHELLE FOLEY,

              Defendant.

**18 CR 521 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The conference scheduled for February 6, 2026, is hereby rescheduled to February 13, 2026, at 12:30 PM.

**SO ORDERED.**

Dated:    4 February 2026
          New York, New York

                                Victor Marrero
                                U.S.D.J.