USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/5/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

MICHELLE FOLEY,

              Defendant.

**18 CR 521 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference scheduled for February 13, 2026, is hereby rescheduled to March 13, 2026, at 11:30 AM.

**SO ORDERED.**

Dated:    5 February 2026
         New York, New York

Victor Marrero
U.S.D.J.